PENN MUT. LIFE INS. CO. v. BLUM. *

(Circuit Court of Appeals, Ninth Circuit.   July 7, 1919.)

No. 3241.

In Error to the District Court of the United States for the Northern Division of the Western District of Washington; Edward E. Cushman, Judge.

Action by Estelle M. Blum against the Penn Mutual Life Insurance Company. Judgment for plaintiff, and defendant brings error. Reversed.

Hartman & Hartman, of Seattle, Wash., for plaintiff in error.

Preston, Thorgrimson & Turner and Lyons & Orton, all of Seattle, Wash., for defendant in error.

Before GILBERT, ROSS, and HUNT, Circuit Judges.

*Rehearing denied October 14, 1919.

HUNT, Circuit Judge. This cause was tried jointly with United States Fidelity & Guaranty Co. v. Blum, 258 Fed. 897, and by stipulation the facts of that case are to be considered herein. Inasmuch as the questions of law are also the same as in the other case, upon the authority of the decision therein, the judgment is reversed, with directions to grant a new trial.